IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILFREDO DAPILMOTO AND PRISCILLA DAPILMOTO, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:16-cv-01186-DAE |
| v. | § § | |
| ALLSTATE TEXAS LLOYD'S, | § § | |
| Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Wilfredo and Priscilla Dapilmoto and Defendant Allstate Texas Lloyd's file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiffs and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiffs and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

*/s/ Jack D. Kitchen\**
Robert "Chip" C. Lane
State Bar No. 24046263
chip.lane@lanelaw.com
Jack D. Kitchen
State Bar No. 24084320
jack.kitchen@lanelaw.com
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 – Telephone
(713) 595-8201 – Facsimile
*Signed with Permission

**COUNSEL FOR PLAINTIFFS**


*/s/ Brandt R. Johnson*
Roger D. Higgins
State Bar No. 09601500
Brandt R. Johnson
State Bar No. 00794030
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209
rhiggins@thompsoncoe.com
brjohnson@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure:

Robert "Chip" C. Lane
Jack D. Kitchen
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300

                                            */s/ Brandt R. Johnson*
                                            Brandt R. Johnson