IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILFREDO DAPILMOTO AND PRISCILLA DAPILMOTO, <br><br>  Plaintiffs, <br><br> v. <br><br> ALLSTATE TEXAS LLOYD'S, <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:16-cv-01186-DAE |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Wilfredo and Priscilla Dapilmoto and Defendant Allstate Texas Lloyd's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 22 day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT:**

*/s/ Jack D. Kitchen*\*
State Bar No. 24046263
chip.lane@lanelaw.com
Jack D. Kitchen
State Bar No. 24084320
jack.kitchen@lanelaw.com
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 – Telephone
(713) 595-8201 – Facsimile
\*Signed with permission
**COUNSEL FOR PLAINTIFFS**


*/s/ Brandt R. Johnson*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Brandt R. Johnson
State Bar No. 00794030
brjohnson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209

**COUNSEL FOR DEFENDANT**